IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT C. KELLER, et al. | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| MACON COUNTY GREYHOUND PARK, | ) | 3:07CV1098 - |
| | ) | |
| Defendant. | ) | |

TO DEFENDANT **Macon County Greyhound Park, Inc. d/b/a VictoryLand, c/o The Corporation Company, 2000 Interstate Park Drive, Ste. 204, Montgomery, Alabama 36109**

You are hereby summoned and required to serve upon plaintiff's attorney(s):
William S. Pritchard, III
Pritchard McCall & Jones, LLC
800 Financial Center
505 N. 20th Street
B'ham, AL 35203-2605

a response to the complaint which is herewith served upon you, within __20__ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 12/20/07

Debra Hackett, CLERK

By: _____
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
Post Office Box 711
Montgomery, Alabama 36101