**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Macon County Greyhound Park, Inc.
d/b/a VictoryLand
C/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

2. Article Number (Transfer from service label): 7005 1160 0004 7433 1930

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X The Corporation Company ☐ Agent ☒ Addressee

B. Received by (Printed Name): The Corporation Company
C. Date of Delivery: 12/21/07

D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:
2:07cv1098
S&C

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540