IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLER AND FRANK RUSSO, individually and as representative of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACON COUNTY GREYHOUND PARK, INC, d/b/a VictoryLand,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:07cv01098-CSC<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

Come now, Robert C. Keller and Frank Russo, Plaintiffs in the above-captioned matter, and in accordance with the other of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**This Party is an individual.**

**There are no reportable relationships.**

_____
William S. Pritchard, III
ASB-4346-P58W
billyp@pm-j.com

Pritchard, McCall & Jones, L.L.C.
800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2605
(205) 328-9190
(205) 458-0035 fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2008, a true and correct copy of the foregoing was filed electronically with the Court which will automatically serve counsel of record.

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Macon County Greyhound Park, Inc.
d/b/a VictoryLand
C/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

_____
Of Counsel