**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 7, 2008

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Keller et al v. Macon County Greyhound Park, Inc.
Civil Action No.  3:07-cv-01098-CSC

The above-styled case has been reassigned to Judge William Keith Watkins.

Please note that the case number is now 3:07-cv-01098-WKW.  This new case number should be used on all future correspondence and pleadings in this action.