**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **ROBERT C. KELLER, et al.** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO.: 3:07cv-1098** |
| | ) |
| **MACON COUNTY GREYHOUND** | ) |
| **PARK, INC.** | ) |
| | ) |
|     **Defendant.** | ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtors, creditors' committees, or other entities reportable under the provisions of the Middle District of Alabama's General Order No.: 3047:

Macon County Greyhound Park, Inc. states that:

There are no reportable entities that are required to disclosure under General Order No. 3047.

                                                                        Respectfully submitted,

                                                                        /s/ Stanley F. Gray
                                                                        Fred D. Gray (GRA22)
                                                                        Stanley F. Gray (GRA053)
                                                                        Gray, Langford, Sapp, McGowan,
                                                                           Gray, Gray & Nathanson
                                                                        Post Office Box 830239
                                                                        Tuskegee, Alabama  36083-0239
                                                                        (334) 727-4830

**CERTIFICATE OF SERVICE**

I, hereby certify that I have served a true and correct copy of the foregoing instrument upon the following electronically, via <u>ecf.almd.uscourts.gov</u>, this the 7th day of February 2008:

William S. Pritchard, III
Pritchard McCall & Jones, LLC
800 Financial Center
505 N. 20th Street
Birmingham, Alabama  35203-2605

/s/ Stanley F. Gray
**OF COUNSEL**