IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1098-WKW |
| ) | |
| MACON COUNTY ) | |
| GREYHOUND PARK, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the parties' request for a conference with the court prior to the entry of a scheduling order (Doc. # 12), it is ORDERED that a scheduling conference is set for **April 3, 2008, at 2:00 p.m.** in the chambers of the undersigned.

DONE this 7th day of March, 2008.

      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE