IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT C. KELLER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 3:07-cv-1098-WKW |
| | ) |
| MACON COUNTY GREYHOUND PARK, INC., | ) |
| | ) |
| Defendant. | ) |

**PUTATIVE CLASS ACTION SCHEDULING ORDER**

Under Rule 16, Federal Rules of Civil Procedure, as amended, the Court is required to set a schedule for discovery and the filing of motions. Accordingly, and in consideration of the parties' Rule 26(f) report (Doc. # 12), it is ORDERED as follows:

**SECTION 1.** All discovery pertinent to the issue of class certification shall be completed **on or before August 31, 2008**. Discovery pertinent to the issue of class certification is further limited as follows:

1. A maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.
2. A maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.
3. A maximum of 40 requests for production by each party to any other party. Responses due 30 days after service.
4. A maximum of 15 depositions by plaintiffs and 25 for the defendant. All depositions shall be limited to seven (7) hours, unless extended by agreement of the parties.
5. Reports from retained experts under Rule 26(a)(2) are due:
   a. From the plaintiffs **by August 1, 2008**; and
   b. From the defendant **by September 30, 2008**.
6. Supplementing disclosures under Rule 26(e) shall be due within 14 days of the party becoming aware of the additional information, and in no event later than 30 days before any hearing on class certification.

**SECTION 2.** The plaintiffs shall be allowed until **April 30, 2008**, to join additional

parties and amend pleadings.  The defendant is allowed until **May 15, 2008** to join additional parties and amend pleadings.

**SECTION 3.**  The plaintiffs' brief in support of any motion for class certification shall be filed **on or before September 30, 2008**.  The defendant's response brief shall be filed **on or before October 21, 2008**.  The plaintiffs' reply brief, if any, shall be filed **on or before November 4, 2008**.

DONE this 7th day of April, 2008.

                                                /s/   W.  Keith  Watkins  
                                          UNITED STATES DISTRICT JUDGE