IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1098-WKW |
| ) | |
| MACON COUNTY ) | |
| GREYHOUND PARK, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Defendant's Motion for Modification of Scheduling Order (Doc. # 17), it is ORDERED that the motion is GRANTED. The defendant's deadline for joining additional parties and amending pleadings, as set forth in Section Two of the Putative Class Action Scheduling Order (Doc. # 16), is extended from May 15, 2008 to **June 16, 2008**.

DONE this 21st day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE