IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT C. KELLER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-1098-WKW |
| ) | |
| MACON COUNTY ) | |
| GREYHOUND PARK, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Motion for Leave to Amend Pleadings (Doc. # 20), it is ORDERED that the motion is GRANTED. The defendant's amended answer (Doc. # 19) is DEEMED filed.

Furthermore, upon consideration of the defendant's Motion for Leave to Join Additional Parties (Doc. # 21), it is ORDERED that the motion is GRANTED. The defendant shall file an exact duplicate of the proposed third party complaint **on or before July 11, 2008**, in compliance with Section II.A.5 of the *CM/ECF Administrative Procedures of the Middle District of Alabama* and the defendant is DIRECTED to cause the immediate service of process on the third party defendant.

DONE this 20th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE