AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

PLAINTIFF
Robert C. Keller, et al.

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Macon County Greyhound Park, Inc.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 3:07cv1098

V. THIRD PARTY DEFENDANT

Cash Register Systems, Inc.

To: Name and address of Third Party Defendant

Cash Registry Systems, Inc.
Post Office Box 210129
Montgomery, AL  36121-0129

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

William S. Pritchard, III
Prichard, McCall & Jones, LLC
800 Financial Center
505 North 20th Street
Birmingham, AL  36203-2605

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Stanley F. Gray
Fred D. Gray
Gray, Langford, Sapp, McGowan, Gray,
  Gray & Nathanson
Post Office Box 830239
Tuskegee, AL  36083

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK  /s/ Von Austin

(By) DEPUTY CLERK

DATE  7/8/08

≊AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the third-party defendant.  Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                   *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.