IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ROBERT C. KELLER, et al.** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO.: 3:07cv-1098-WKW** |
| | ) |
| **MACON COUNTY GREYHOUND** | ) |
| **PARK, INC.** | ) |
| | ) |
|     **Defendant.** | ) |

_____

| | |
|---|---|
| **MACON COUNTY GREYHOUND** | ) |
| **PARK, INC.** | ) |
| | ) |
|     **Defendant/Third Party Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CASH REGISTER SYSTEMS, INC.** | ) |
| | ) |
|     **Plaintiff Third Party Defendant.** | ) |

### DEFENDANT MACON COUNTY GREYHOUND PARK, INC.'s MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Macon County Greyhound Park, Inc. by and through its undersigned counsel, and moves this Honorable Court, pursuant to Rule 56 of the *Federal Rules of Civil Procedure*, to enter summary judgment in their favor as to all of Plaintiffs' claims. As grounds therefore, Defendant asserts that there are no genuine issues of material fact and that the Defendant is entitled to judgment as a matter of law with respect to all of Plaintiff's claims. This motion is supported by the following:

    1.    Defendant Macon County Greyhound Park, Inc.'s
           Memorandum of Law In Support of Its Motion for Summary Judgment.

    2.    All arguments and exhibits in support of Defendant's Opposition to

Plaintiffs' Motion for Class Certification, which are incorporated by reference.

3. All pleadings, motions and discovery conducted in this matter.

4. All depositions taken in this matter.

Respectfully submitted,

/s/ Stanley F. Gray
Fred D. Gray (ASB-1727-R63F)
Stanley F. Gray (ASB -8670-A56S)
Gray, Langford, Sapp, McGowan,
  Gray, Gray & Nathanson, P. C.
Post Office Box 830239
Tuskegee, Alabama  36083-0239
(334) 727-4830

**CERTIFICATE OF SERVICE**

I, hereby certify that I have served a true and correct copy of the foregoing instrument upon the following via U. S. Mail, postage prepaid, this the **8th** day of **March 2011**:

William S. Pritchard, III, Esq.
Pritchard McCall & Jones, LLC
800 Financial Center
505 N. 20th Street
Birmingham, Alabama  35203-2605

Cowin Knowles, Esq.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

Joseph "Jay" H. Aughtman, Esq.
Fischer Goldasich Aughtman, LLC
One Federal Place
1819 Fifth Avenue North, Ste. 1050
Birmingham, Alabama  35203

/s/ Stanley F. Gray
**OF COUNSEL**