## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **ROBERT C. KELLER, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:07cv-1098-WKW |
| | ) |
| **MACON COUNTY GREYHOUND PARK, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

_____

| | |
|---|---|
| | ) |
| | ) |
| **MACON COUNTY GREYHOUND PARK, INC.** | ) |
| | ) |
| **Defendant/Third Party Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CASH REGISTER SYSTEMS, INC.** | ) |
| | ) |
| **Plaintiff Third Party Defendant.** | ) |

### DEFENDANT/THIRD PARTY PLAINTIFF'S EVIDENTIARY EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO THIRD PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now Defendant/Third Party Plaintiff Macon County Greyhound Park, Inc. (MCGP), by and through their undersigned counsel and submits the following evidentiary exhibits numbers 17-22, in support of their opposition to Third Party Defendant's Motion for Summary Judgment.

Respectfully submitted,


/s/ Stanley F. Gray
Fred D. Gray (ASB-1727-R63F)
Stanley F. Gray (ASB -8670-A56S)
Gray, Langford, Sapp, McGowan,
  Gray, Gray & Nathanson, P. C.
Post Office Box 830239
Tuskegee, Alabama  36083-0239
(334) 727-4830

Attorneys for Macon County Greyhound Park, Inc.

**CERTIFICATE OF SERVICE**

I, hereby certify that I have served a true and correct copy of the foregoing instrument upon the following via U. S. Mail, postage prepaid, this the **23rd** day of **March 2011**:

William S. Pritchard, III, Esq.
Pritchard McCall & Jones, LLC
800 Financial Center
505 N. 20th Street
Birmingham, Alabama  35203-2605

T. Cowin Knowles, Esq.
Gerald C. Swann, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama  36109

Joseph "Jay" H. Aughtman, Esq.
Fischer Goldasich Aughtman, LLC
One Federal Place
1819 Fifth Avenue North, Ste. 1050
Birmingham, Alabama  35203

/s/ Stanley F. Gray
**OF COUNSEL**